UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DASUL ANDREWS,

                        Plaintiff,

      -against-

EXPERIAN INFORMATION SOLUTIONS,
INC., *et al.*,

                      Defendants.
-----------------------------------------------------------X

**ORDER**

24 Civ. 7158 (PMH)(JCM)

      On December 13, 2024, this Court scheduled a telephone conference for January 8, 2025 at 11:30 a.m. (Docket No. 21). Counsel for plaintiff and defendants did not appear for the conference on January 8, 2025.

      Accordingly, counsel for plaintiff and defendants shall each submit a letter to the Court, by close of business January 10, 2025, explaining their failure to appear at the conference.

Dated: January 8, 2025
       White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge